# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD WILCOX, | No. 4:18-CV-00166 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| SERGEANT JAMES TAYLOR and | |
| CHIEF OF POLICE ROBERT HETNER, | |
| Defendants. | |

## ORDER

### OCTOBER 26, 2018

1. On January 24, 2018, Plaintiff Chad Wilcox filed a Complaint against Defendants Sergeant James Taylor and Chief of Police Robert Hetner. ECF No. 1.

2. In an October 2, 2018 Report and Recommendation, Magistrate Judge Joseph F. Saporito, Jr., recommended dismissing Mr. Wilcox's complaint. ECF No. 15.

3. The time for objecting to Magistrate Judge Saporito's Report and Recommendation has expired,[1] and no objections have been filed.

---

[1] 28 U.S.C. § 636(b)(1).

4. This Court has reviewed Magistrate Judge Saporito's Report and Recommendation and has found "no clear error on the face of the record."[2]

5. Therefore, **IT IS HEREBY ORDERED** that:

   a. Magistrate Judge Saporito's Report and Recommendation, ECF No. 15, is **ADOPTED IN ITS ENTIRETY**.

   b. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

   c. This dismissal **SHALL BE CONSIDERED MADE** "on the grounds that [the instant action] is frivolous, malicious, or fails to state a claim upon which relief may be granted" pursuant to 28 U.S.C. § 1915(g).

6. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[2] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).